UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., et al.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JESSICA VANDERSCHAUW,,<br><br>　　　　　Defendant. | No. CV-06-3091-FVS<br><br>DEFAULT JUDGMENT AND PERMANENT INJUNCTION |

　　　Having considered Plaintiffs' Application for Default Judgment by the Court, and good cause appearing therefore, it is ORDERED:

　　　Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)),

　　　1. The Plaintiffs' Application For Entry of Default Judgment By the Court, **Ct. Rec. 12**, is **GRANTED IN PART** and **DENIED IN PART.**

　　　2. The Defendant has been adjudicated to be in default for each of the eleven sound recordings listed in Exhibit A to the Complaint. The Defendant shall accordingly pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Eight Thousand Two Hundred Fifty Dollars ($8,250.00).

　　　3.　Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in

DEFAULT JUDGMENT AND PERMANENT INJUNCTION- 1

the following copyrighted sound recordings:

 a. "Beloved One," on album "Burn To Shine," by "Ben Harper" (SR# 273-400;

 b. "Caress Me Down," on album "Sublime," by artist "Sublime" (SR# 224-105);

 c. "Cowboy Take Me Away," on album "Fly," by artist "Dixie Chicks" (SR# 275-086);

 d. "There's Your Trouble," on album "Wide Open Spaces," by artist "Dixie Chicks" (SR# 252-000);

 e. "Dixieland Delight," on album "Closer You Get," by artist "Alabama" (SR# 49-145);

 f. "Like The Rain," on album "Greatest Hits," by artist "Clint Black; (SR# 227-957);

 g. "A Better Man," on album "Killin' Time," by artist "Clint Black" (SR#105-436);

 h. "Crash Into Me," on album "Crash," by artist "Dave Matthews Band" (SR# 212-572);

 I. "The Space Between," on album "Everyday," by artist "Dave Matthews Band" (SR# 300-313)

 j. "My Oh My," on album "White Ladder," by artist "David Gray" (SR# 297-324);

 k. "Best I Ever Had (Grey Sky Morning)," on album "Everything You Want," by artist "Vertical Horizon" (SR# 277-868); and

 l. in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs)

DEFAULT JUDGMENT AND PERMANENT INJUNCTION- 2

("Plaintiffs' Recordings"), including without limitation, by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copes of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

4. The Plaintiffs shall prepare and file their bill of costs in compliance with Local Rule 54.1.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  16th  day of July, 2008.

                        s/ Fred Van Sickle
                        Fred Van Sickle
             Senior United States District Judge